612 A.2d 973

**Richard D. VUCKOVICH and Judy L. Vuckovich, husband and wife, Appellants,**

v.

**Magdi S. AZER, M.D., Ali M. Samii, M.D., and Lee Hospital.**

Supreme Court of Pennsylvania.

Argued March 13, 1992.

Decided June 17, 1992.

Kenneth W. Behrend, Behrend & Ernsberger, Pittsburgh, for appellants.

Klett, Lieber, Rooney & Schorling and Jerome Cochran, Pittsburgh, for Magdi Azer, M.D. and Ali M. Samii, M.D.

Joseph A. Macerelli and John A. Bass, Grogan, Graffam, McGinley & Lucchino, Pittsburgh, For Lee Hosp.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and PAPADAKOS, JJ., dissent.